IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRANT HEILMAN PHOTOGRAPHY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SIS FARMS, LLC,<br><br>    Defendant. | 4:23CV3120<br><br>ORDER |

The court has been advised that the parties in the above-captioned matter have settled their claims. See Filing No. 31.

Accordingly,

IT IS ORDERED that:

1) On or before January 3, 2025, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3) The clerk shall terminate any pretrial and trial settings and any hearings set for this case.

Dated this 3rd day of December, 2024.

                BY THE COURT:

                s/ Ryan C. Carson
                United States Magistrate Judge