# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

GRANT HEILMAN PHOTOGRAPHY, INC.,

                        Plaintiff,

        vs.

SIS FARMS, LLC,

                        Defendant.

**4:23CV3120**

**ORDER OF DISMISSAL**

This matter is before the Court on the parties' Joint Stipulation of Dismissal. (Filing No. 35). Having considered the matter, the Court will accept the Joint Stipulation. Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 16th day of January, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge